NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY JEROME THOMAS,              )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-243
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Anthony Jerome Thomas, pro se.

PER CURIAM.

            Affirmed.  See Knight v. State, 808 So. 2d 210 (Fla. 2002); Robinson v.

State, 793 So. 2d 891 (Fla. 2001); State v. Cotton, 769 So. 2d 345 (Fla. 2000);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132

(Fla. 2d DCA 2009); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008); Steward v.

State, 931 So. 2d 133 (Fla. 2d DCA 2006); Calloway v. State, 914 So. 2d 12 (Fla. 2d

DCA 2005); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State,

827 So. 2d 1054 (Fla. 2d DCA 2002); Jackson v. State, 640 So. 2d 1173 (Fla. 2d DCA

1994); Brown v. State, 97 So. 3d 960 (Fla. 4th DCA 2012); Maddox v. State, 813 So. 2d 138 (Fla. 5th DCA 2002).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.